# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE MERCHANTS BANK,      :    No. 29 MM 2021

         Respondent

         v.

EXECUTRIX CHERYL A. FUREY AND THE
ESTATE OF ANNE M. FUREY,
DECEASED,

         Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.